**Order entered August 11, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01406-CV

### CITY OF DALLAS, Appellant

### V.

### EAST VILLAGE ASSOCIATION, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-07239**

## ORDER ON P. MICHAEL JUNG'S MOTION TO WITHDRAW AS COUNSEL FOR APPELLEE EAST VILLAGE ASSOCIATION

Before the Court is P. Michael Jung's unopposed motion to withdraw as co-counsel of record for Appellee East Village Association ("EVA"). Mr. Jung seeks to withdraw as co-counsel for EVA due to a conflict created by his nomination for a position on the Dallas City Plan & Zoning Commission.

We hereby grant Mr. Jung's motion to withdraw as co-counsel for EVA. We direct the Clerk of the Court to remove Mr. Jung as counsel for EVA and designate co-counsel Anthony Ricciardelli, Esq. of Kizzia Johnson PLLC as lead counsel for EVA.

/s/      DAVID J. SCHENCK
            JUSTICE